**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greencrete, Inc.., ) | No. CV-05-2668-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Macon County, Alabama, ) | |
| Defendant. ) | |

This Court is in receipt of the Plaintiff's Notice of Settlement (docket #74).

**IT IS ORDERED** that the parties shall finalize their settlement papers and submit a Stipulation to Dismiss this case and Order on or before **May 23, 2007.** If the parties are unable to comply with this order in submitting a Stipulation to Dismiss, then the parties shall submit a Joint Status Report on or before **May 23, 2007** on why additional time is necessary to finalize this matter.

DATED this 25th day of April, 2007.

Lawrence O. Anderson
United States Magistrate Judge