**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Greencrete, Inc., | ) | No. CV-05-2668-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Macon County, Alabama, | ) | |
| Defendant. | ) | |

Pursuant to stipulation (docket # 76) and good cause appearing,

**IT IS ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own costs and attorney's fees.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (docket 57) is **DENIED** as moot.

DATED this 14th day of May, 2007.

/s/ Lawrence O. Anderson
Lawrence O. Anderson
United States Magistrate Judge